FILED
02/18/2025
Molly Bradberry
CLERK
Park County District Court
STATE OF MONTANA
By: Pamela Reisenauer
DV-34-2025-0000028-SU
Gilbert, Brenda
1.00

Brian L. Taylor
Geoffrey T. Cunningham
HALL & EVANS, LLC
175 N. 27th Street, Suite 1101
Billings, MT 59101
Email: taylorb@hallevans.com
       cunninghamg@hallevans.com
Telephone: (406) 969-5231
Facsimile: (406) 969-5233
*Attorneys for Plaintiffs*

## MONTANA SIXTH JUDICIAL DISTRICT COURT
## PARK COUNTY

| | |
|---|---|
| ZURICH AMERICAN INSURANCE as subrogee of MODEL 1 COMMERCIAL VEHICLES, INC. f/k/a Creative Bus Sales Inc., | Cause No.: DV-34-2025-0000028-SU |
| Plaintiff, | Judge **Brenda R. Gilbert** |
| v. | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| OROZCO TRUCKING, INC. | |
| Defendant. | |

### PLAINTIFF'S COMPLAINT

COMES NOW Plaintiff, Zurich American Insurance as subrogee of Model 1 Commercial Vehicles, Inc. (f/k/a Creative Bus Sales, Inc.), which hereby demands judgment, against the above-named Defendant, Orozco Trucking, Inc., and states as follows:

COMPLAINT AND DEMAND FOR JURY TRIAL

## NATURE OF THIS ACTION

1. This action seeks to recover damages from a vehicle accident caused by Defendant, Orozco Trucking, Inc. ("Orozco").

2. Model 1 Commercial Vehicles, Inc. (f/k/a Creative Bus Sales, Inc.), ("the Insured") owned two 2023 Ford Econoline E-450 Super Duties ("Subject Vehicles") and Defendant owned a 2022 Volvo VNL ("Truck").

3. The Insured and the Defendant were both involved in a vehicle accident on I-90 in Park County, Montana (Accident Location) on March 5, 2023.

4. Plaintiff, Zurich American Insurance ("Zurich") provided insurance to the Insured and made payments to the Insured for the damages caused by the accident, and, as a result of such payments, Zurich is subrogated to the rights of its insured against Orozco.

5. Insured has executed a Subrogation Receipt and Assignment (attached hereto as Exhibit 1) which assigns any and all rights and claims it may have concerning the March 5, 2023 vehicle accident which is the subject of this Complaint.

6. The Insured suffered harm because the accident caused total damage to the Subject Vehicles.

## PARTIES

7. Plaintiff, Zurich, is a company organized and existing under the laws of the state of Illinois, with its principal place of business located at 1299 Zurich Way, Schaumburg, IL 60196.

8. At all times relevant and material hereto, Zurich was engaged in the business of insurance and was duly authorized to issue policies of insurance in the state of Montana.

9. Model 1 Commercial Vehicles, Inc. (f/k/a Creative Bus Sales, Inc.), is Insured by Zurich and owned the Subject Vehicles.

COMPLAINT AND DEMAND FOR JURY TRIAL

10. At all times relevant hereto, Zurich provided insurance to the Insured for the Subject Vehicles under policy number GP 0381803 (the "Policy").

11. Defendant, Orozco, is a corporation duly organized and existing under the laws of the state of Illinois, with its principal place of business located at 1830 Howard St., Unit C, Suite 103, Elk Grove Village, IL 60007.

12. At all times relevant hereto, Orozco engaged in the business of, *inter alia*, driving professional trucks.

## JURISDICTION AND VENUE

13. This Court has jurisdiction over the Defendant and the subject matter of this action is based upon the following substantial contacts with the State of Montana:

(a) The incident giving rise to this action occurred in Montana.

(b) Orozco regularly conducts business and/or has offices in Montana.

14. Venue is proper in Park County because the specific acts giving rise to this action and the property damages occurred in Parks County.

## STATEMENT OF FACTS

15. On March 5, 2023, the Subject Vehicles were being hauled by an Acer Transport trailer ("Trailer") on I-90 in Parks County, Montana.

16. Orozco was traveling by Truck when it rear ended the Trailer and ended up on top of the Trailer.

17. No injuries were reported, but the accident caused total damage to the Subject Vehicles.

18. An investigation determined that Orozco was at fault for failure to maintain control of its vehicle.

COMPLAINT AND DEMAND FOR JURY TRIAL

3

19. As a direct and proximate result of the acts and/or omission of Orozco, the Insured suffered total damage to its commercial vehicles.

20. Following the above referenced incident, the Insured submitted two insurance claims to Zurich.

21. Pursuant to the policy of insurance, Zurich made payments in excess of $281,400.85 to the Insured for the damages it sustained as a result of the aforementioned incident.

22. Zurich is now subrogated to the rights and claims of the Insured against the responsible party, to the extent of the payments made.

## COUNT I: NEGLIGENCE

23. Zurich incorporates the allegations contained in the preceding paragraphs as if fully set forth at length herein.

24. Orozco owed a duty to the Insured, imposed by common law, applicable customs, standards, codes, and/or ordinances to exercise due care in the use of its vehicle so as to not cause harm to the Subject Vehicles.

25. Orozco knew, or reasonably should have known, that its failure to exercise due care would result in an unreasonable risk of damage to the Subject Vehicles.

26. Orozco negligently, carelessly, and/or recklessly breached its duty of care owed to the Insured by *inter alia*:

    (a) negligently and/or carelessly operating a vehicle on I-90 by speeding;

    (b) failing to adequately inspect surrounding areas on the road for hazardous conditions;

    (c) failing to act in a reasonable and prudent manner regarding the safety of persons and property;

COMPLAINT AND DEMAND FOR JURY TRIAL

4

(d) failing to follow basic and general precautions regarding the operation of its vehicle;

(e) failing to observe, detect, identify, correct, remedy, and/or fix existing risks associated with speeding while operating its vehicle on I-90;

(f) violating and failing to comply with statutes, rules, regulations, and standards while operating a vehicle;

(g) failing to use due care under the circumstances; and

(h) failing to exercise due care in other ways that may be disclosed during discovery.

27. Zurich alleges that the accident would not have occurred but for the negligence of Orozco.

28. As the direct and proximate result of Orozco negligently and/or recklessly operating the Truck by speeding, the accident occurred causing total damage to the Subject Vehicles.

**WHEREFORE**, Plaintiff, Zurich American Insurance as subrogee of Creative Bus Sales, Inc., hereby demands judgment against Orozco Trucking, Inc., in the amount of $281,400.85, along with interests, attorneys' fees, costs and other such relief as this Court may deem just and appropriate.

### JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues.

Respectfully Submitted,

HALL & EVANS, L.L.C.

Dated: February 18, 2025.

By: /s/ Geoffrey T. Cunningham
Geoffrey T. Cunningham
Attorneys for Plaintiffs

COMPLAINT AND DEMAND FOR JURY TRIAL

5

## SUBROGATION RECEIPT AND ASSIGNMENT

RECEIVED OF Zurich American Insurance ("Insurance Company") the sum of $281,400.85 in full settlement of all claims and demands of the undersigned, Model 1 Commercial Vehicles, Inc. formerly known as Creative Bus Sales, Inc., to vehicles and items damaged by the accident that occurred on the 5th of March 2023 on I-90 in Parks County, Montana (the "Incident"), pursuant to claim numbers 001960-218500-GO-01 and 001960-218500-GO-02.

In consideration of said payment, the undersigned, on behalf of Model 1 Commercial Vehicles, Inc. formerly known as Creative Bus Sales, Inc., hereby: 1) assigns and transfers to Insurance Company all rights, claims and demands it has or may have against any person, entity, or corporation that is or may be liable for causing the Incident; and 2) subrogates the Insurance Company, to the extent of said payments, to all of the rights, claims, and interests which it has or may have against any person, entity, or corporation liable for the Incident. In addition, the undersigned on behalf of Model 1 Commercial Vehicles, Inc. formerly known as Creative Bus Sales, Inc., hereby authorizes the Insurance Company to: 1) as necessary, sue in Model 1 Commercial Vehicles, Inc. formerly known as Creative Bus Sales, Inc.'s name; 2) compromise or settle in Model 1 Commercial Vehicles, Inc. formerly known as Creative Bus Sales, Inc.'s name all such claims; and 3) execute and sign releases, settlement documents, and checks given in settlement of such claims in Model 1 Commercial Vehicles, Inc. formerly known as Creative Bus Sales, Inc.'s name, with the same force and effect as if it executed or endorsed them.

Warranted, on behalf of Model 1 Commercial Vehicles, Inc. formerly known as Creative Bus Sales, Inc., that no settlement has been made by it to any person or corporation against whom a claim may lie, and no release has been given to anyone responsible for the loss and that no such settlement will be made nor release given by Model 1 Commercial Vehicles, Inc. formerly known

23011669v.1

EXHIBIT 1

as Creative Bus Sales, Inc. without the written consent of said Insurance Company. Model 1 Commercial Vehicles, Inc. formerly known as Creative Bus Sales, Inc. covenants and agrees to cooperate fully with the Insurance Company in the prosecution of such claims, to procure and furnish all papers and documents necessary in such proceedings, and to have its employees and/or agents attend court and testify if the Insurance Company deems such to be necessary. It is understood that Model 1 Commercial Vehicles, Inc. formerly known as Creative Bus Sales, Inc. is to be saved harmless from costs in such proceedings.

Warranted that Creative Bus Sales, Inc. is a Named Insured on the Policy and the undersigned has permission to sign this document on behalf of Creative Bus Sales, Inc.

In Witness Whereof, Michelle Knochel, an authorized representative of Model 1 Commercial Vehicles, Inc. formerly known as Creative Bus Sales, Inc., has hereto set his hand this 18 day of February 2025.

Model 1 Commercial Vehicles, Inc. formerly known as Creative Bus Sales, Inc.

WITNESS: *Melissa Diependerfer* (Signature)
*Melissa Diependerfer* (Print Name)

By: *Michelle Knochel* (Signature, Title)
Michelle Knochel, Corporate Counsel (Print Name, Title)

Zurich American Insurance

WITNESS: _____ (Signature)
_____ (Print Name)

By: _____ (Signature, Title)
_____ (Print Name, Title)