IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE AS SUBROGEE OF MODEL 1 COMMERCIAL VEHICLES, INC., formerly known as Creative Bus Sales, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>OROZCO TRUCKING, INC.,<br><br>Defendant. | CV 25-36-BLG-TJC<br><br>ORDER |

Defendant Orozco Trucking, Inc. has filed an unopposed motion to vacate the settlement conference set for July 16, 2025 and all related deadlines. (Doc. 12). Accordingly, and good cause appearing,

IT IS ORDERED that the motion is GRANTED. The settlement conference set for July 16, 2025 in Missoula, Montana is hereby VACATED.

IT IS FURTHER ORDERED that all remaining deadlines in the Court's April 2, 2025 order (Doc. 10) are hereby VACATED.

DATED this 9th day of July, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge